JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNIFER LYNN M.,[1]

          Plaintiff,

    v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. 2:24-cv-09056-PD

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed, and this matter is Remanded to the Social Security Administration for further proceedings consistent with the Court's Order.

DATED:  March 31, 2026

*Patricia Donahue*
_____
Patricia Donahue
United States Magistrate Judge

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.